IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-00873-JPG-DGW |
| ) | |
| v. ) | Judge J. Phil Gilbert |
| ) | |
| MIKE DOVER CORPORATION, ) AMANDA J. STACEY, ADMINISTRATIX ) OF THE ESTATE OF JASON E. STACEY, ) AND THE ESTATE OF JASON E. STACEY, ) | Magistrate Donald G. Wilkerson |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Now comes Kelly R. Phelps of the law firm of Jelliffe, Ferrell, Doerge & Phelps, and hereby enters his appearance on behalf of the Defendant, Amanda J. Stacey, personally and as adminstratrix of the Estate of Jason E. Stacey and defendant Estate of Jason E. Stacey.

JELLIFFE, FERRELL, DOERGE & PHELPS

By:___/s/ Kelly R. Phelps_____
Kelly R. Phelps, ARDC #6230044
A member of said law firm
108 East Walnut Street
P. O. Box 406
Harrisburg, IL 62946
Telephone: (618) 253-7153
e-mail: jfdplaw@gmail.com

Attorneys for the Defendant, Amanda J. Stacey administratix of the estate of Jason E. Stacey and the Estate of Jason E. Stacey

## PROOF OF SERVICE

I hereby certify that on the 31st day of August, 2012, I electronically filed the foregoing with the Clerk of the United States District Court, Southern District of Illinois using the CM/ECF system which will send notification of such filing to the following:



/s/ Kelly R. Phelps

John A. Husmann
Bates Carey Nicolaides, LLP
191 North Wacker Drive
Suite 2400
Chicago, IL  60606
*Attorney for Plaintiff*